**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SAMANTHA SCHREIBER,**

    **Plaintiff(s),**

v.                                     **CASE NO: 8:11-CV-972-T-30EAJ**

**WINBRAN, INC.,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice. Each party shall bear her/its own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 7, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-972 dismiss 15.docx